IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiffs, | 4:17CR3125 |
| vs. | |
| SHAWN THOMAS BROOKS, | ORDER |
| Defendant. | |

Defendant Brooks has filed a pro se motion to sever. (Filing No. 48). Since Defendant has appointed counsel, the court will consider only those motions filed by Defendant's counsel.

Accordingly,

IT IS ORDERED that Defendant Brooks' motion to sever, (Filing No. 48), is denied without prejudice to re-filing through his counsel, if counsel deems the filing to be appropriate under the relevant facts and law.

April 2, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge