IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:17-CR-3125 |
| vs. | ORDER |
| SHAWN THOMAS BROOKS, | |
| Defendant. | |

This matter is before the Court on the defendant's motion to appoint counsel (filing 193). The defendant is seeking relief under 28 U.S.C. § 2255 and is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, and Amended Criminal Justice Act Plan for the District of Nebraska. Accordingly,

IT IS ORDERED:

1. The defendant's motion to appoint counsel (filing 193) is granted.

2. Tregg Lunn is appointed, and shall promptly enter an appearance as counsel for the above-named defendant.

3. The Federal Public Defender's Office shall provide counsel with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

- 2 -

4. The Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska and to the appointed attorney.

5. The Clerk shall mail a copy of this order to the defendant at his address of record.

Dated this 6th day of January, 2021.

        BY THE COURT:

        _____
        John M. Gerrard
        Chief United States District Judge