IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:17-CR-3125 |
| vs. | ORDER |
| SHAWN THOMAS BROOKS, | |
| Defendant. | |

IT IS ORDERED:

1. The defendant's motion to hold (filing 196) is granted.

2. The defendant's motion to vacate (filing 195) will be held in abeyance pending the filing of an amended or supplemental motion by the defendant's appointed counsel.

3. The Clerk of the Court shall set a case management deadline for April 19, 2021 with the following docket text: Check for amended or supplemental motion to vacate.

Dated this 19th day of January, 2021.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Chief United States District Judge